In the Matter of HERMAN W. SNETLAGE, Appellant, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, et al., Respondents.

Argued November 10, 1947; decided November 20, 1947.

*Monroe I. Katcher, II,* and *Jerome S. Heller* for appellant.

*Lawrence Wiseman* for American Legion, Kings County, *amicus curiæ,* in support of appellant's position.

*Alvin McKinley Sylvester* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.